U.S. DISTRICT COURT - N.D. OF N.Y.
FILED
JUN 15 2021
AT____O'CLOCK
John M. Domurad, Clerk - Albany

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | Criminal No.  1:21-CR-210 (LEK) |
| | ) | |
| v. | ) | **Indictment** |
| | ) | |
| **ANDREW AVILA,** | ) | Violation:  18 U.S.C. § 1036(a)(3), (b)(2) [Entry by False Pretenses] |
| | ) | |
| | ) | 18 U.S.C. § 912 [False Personation] |
| | ) | |
| | ) | Two Counts |
| **Defendant.** | ) | County of Offense:  Albany |

## THE GRAND JURY CHARGES:

### COUNT ONE
[**Entry by False Pretenses**]

On or about May 2, 2018, in Albany County in the Northern District of New York, the defendant, **ANDREW AVILA**, by fraud and false pretenses, entered a secure and restricted area of a seaport, designated as secure in an approved security plan, as required under Title 46, United States Code, Section 70103, and the rules and regulations promulgated under that section, in that the defendant gained entry to the Port of Albany by impersonating an employee of the United States Department of Energy ("DOE"), when the defendant was not, in fact, an employee of the DOE, in violation of Title 18, United States Code, Section 1036(a)(3) and (b)(2).

### COUNT TWO
[**False Personation**]

On or about May 2, 2018, in Albany County in the Northern District of New York, the defendant, **ANDREW AVILA**, knowingly and willfully did falsely assume and pretend to be an officer and employee acting under the authority of the United States and a department, agency

and officer thereof, and acted as such, in that the defendant gained entry to the Port of Albany by falsely pretending to be an employee of the United States Department of Energy ("DOE") and falsely pretended to be an employee of the DOE after entering the Port of Albany, in violation of Title 18, United States Code, Section 912.

Dated: June 15, 2021

A TRUE BILL,

*REDACTION*

Grand Jury Foreperson

ANTOINETTE T. BACON
Acting United States Attorney

By: _____
Emily C. Powers
Assistant United States Attorney
Bar Roll No. 5139205

2